AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| CHRISTOPHER LUKSA<br>*Plaintiff(s)*<br>v.<br>TELOS, LLC<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br><br>1:21-cv-24089-DLG |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Telos, LLC
c/o Ivonne E. Ramirez, Registered Agent
16901 SW 281 Street
Homestead, Florida 33030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon J. Hill, Attorney for Plaintiff
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Avenue, Ste. 300
Tampa, FL 33602
Direct Dial:  (813) 337-7992
bhill@wfclaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Nov 19, 2021

s/ Janier Arellano
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court