UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CHRISTOPHER LUKSA,**

    Plaintiff,

v.                                                                                  CASE NO.: 1:21-cv-24089-DLG

**TELOS, LLC,**

    Defendant.

_____/

## MOTION TO SUBSTITUTE PROPER CORPORATE DEFENDANT AND CORRECT STYLE OF CASE

Plaintiff, Christopher Luksa, respectfully moves the Court for the entry of an Order substituting the name of the currently-named Defendant, Telos, LLC, for the proper Defendant, Telos Corporation, a corporation, correcting the style of the case to reflect the proper Defendant.

## MEMORANDUM OF LAW

In the operative Complaint in this matter, Plaintiff originally identified Telos, LLC, as the Defendant in this matter. Defendant's Registered Agent has advised Plaintiff's counsel that the proper Defendant in this matter should be Telos Corporation. Upon further research, it appears that the proper Defendant in this matter is "Telos Corporation" who is actively registered to do business in Florida.

Thus, Plaintiff hereby respectfully requests that the Court enter an order substituting Telos Corporation, a corporation, as the named Defendant in this matter. *See Drury v. Countrywide Home Loans, Inc.*, No. 608-cv-152-ORL-28DAB, 2008 WL 2131977, at *1 (M.D. Fla. May 21, 2008) (allowing amendment of case style as a result of incorrectly named Defendant). Additionally, Plaintiff requests that the style of the case be changed to reflect the substitution of

the proper Defendant. The relief requested in this motion will not prejudice either party, and will save resources, and time.

## RULE 3.01(G) CERTIFICATION

The undersigned counsel certifies that Defendant has not yet been served.

Dated this 30th day of November, 2021.

Respectfully submitted,

/s/Brandon J. Hill
**BRANDON J. HILL**
Florida Bar Number: 0037061
Direct Dial: 813-337-7992
**AMANDA E. HEYSTEK**
Florida Bar Number: 0285020
Direct Dial: 813-379-2560
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Facsimile: 813-229-8712
Email: bhill@wfclaw.com
Email: twells@wfclaw.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished this 30th day of November, 2021, to the clerk of Court via CM/ECF system. I further certify that a true and correct copy of the foregoing document and the notice of electronic filing has been furnished via U.S. mail to the following:

Telos Corporation
c/o INCORP Services, Inc.
Registered Agent
17888 67th Court North
Loxahatchee, FL 33470

And

Telos, LLC
c/o Ivonne E. Ramirez
Registered Agent
16901 SW 281st Street
Homestead, FL 33030

          */s/Brandon J. Hill*
          **BRANDON J. HILL**