**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CHRISTOPHER LUKSA,**

    **Plaintiff,**

v.                                                           CASE NO.:  1:21-cv-24089-DLG

**TELOS, LLC,**                                              DIVISION:

    **Defendant.**

_____/

**ORDER ALLOWING SUBSTITUTION OF PARTY DEFENDANT**

THIS CAUSE came before the Court upon the Plaintiff's Motion to Substitute Defendant and Correct Case Style.  The Court finds that Telos, LLC, shall be removed as a named Defendant in this action, and that Telos Corporation shall be substituted therefor.  Therefore, it is

ORDERED AND ADJUDGED that Telos LLC shall be removed as a named Defendant in this action and that Telos Corporation shall be substituted, and the case style shall be corrected.

**DONE AND ORDERED** in _____, on this ____ day of _____, 2021.

                                                                                 THE HONORABLE
                                                                                 District Court Judge

cc: