**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 21-24089-CIV-GRAHAM

CHRISTOPHER LUKSA,

    Plaintiff,

vs.

TELOS, LLC,

    Defendant.
_____/

**ORDER ALLOWING SUBSTITUTION OF PARTY DEFENDANT**

**THIS CAUSE** comes before the Court upon the Plaintiff's Motion to Substitute Proper Corporate Defendant and Correct Style of Case. (ECF No. 4).

**THE COURT** has considered the Motion, the pertinent portions of the record, and is otherwise duly advised in the premises. Based thereon, the Court finds that Telos, LLC, shall be removed as a named Defendant in this action, and that Telos Corporation shall be substituted therefor. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Substitute Proper Corporate Defendant and Correct Style of Case (ECF No. 4) is **GRANTED**. Telos, LLC shall be removed as a named Defendant in this action and that Telos Corporation shall be substituted and the case style shall be corrected. The Court recommends that Plaintiff serve the summons and complaint on the substituted Defendant within forty-five (45) days so the issues may be resolved expeditiously. If service is not effectuated by this date, Plaintiff shall file a notice explaining the reason for the delay.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of December, 2021.

                                                s/Donald L. Graham
                                                DONALD L. GRAHAM
                                                UNITED STATES DISTRICT JUDGE