UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CHRISTOPHER LUKSA,**

    Plaintiff,

v.                      CASE NO. : 1:21-cv-24089-DLG

**TELOS CORPORATION,**

    Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, **CHRISTOPHER LUKSA,** hereby discloses the following pursuant to this Court's Local Rules:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% of more of a party's stock, and all other identifiable legal entities that are related to *any* party in this case:

    **Christopher Luksa – Plaintiff**

    **Brandon J. Hill – Attorney for Plaintiff**

    **Amanda E. Heystek – Attorney for Plaintiff**

    **Wenzel Fenton Cabassa, P.A. – Counsel for Plaintiff**

    **Telos Corporation – Defendant**

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of these proceedings: **None.**

3. The name of every other entity that is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful in these proceedings, including every person who may be entitled to restitution: **CHRISTOPHER LUKSA.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

Dated this 21st day of December, 2021.

Respectfully submitted,

/s/ Brandon J. Hill
**BRANDON J. HILL**
Florida Bar Number: 0037061
Direct Dial: 813-337-7992
**AMANDA E. HEYSTEK**
Florida Bar Number: 0285020
Direct Dial: 813-379-2560
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Facsimile: 813-229-8712
Email: bhill@wfclaw.com
Email: aheystek@wfclaw.com
Email: aketelsen@wfclaw.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of December, 2021, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that I mailed a true and accurate copy of the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants.

Telos Corporation
c/o INCORP Service, Inc., Registered Agent
17888 67th Court North
Loxahatchee, Florida 33470

*/s/ Brandon J. Hill*
**BRANDON J. HILL**