UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CHRISTOPHER LUKSA,**

    **Plaintiff,**

v.                          **CASE NO. : 1:21-cv-24089-DLG**

**TELOS, LLC,**

    **Defendant.**
_____/

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 5.1(a)(d), I certify that the instant action:

☒    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

        **United States Equal Employment Opportunity Commission**
        **Charge No.: 510-2021-01442**

☐    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 21st day of December, 2021.

> Respectfully submitted,
>
> */s/ Brandon J. Hill*
> **BRANDON J. HILL**
> Florida Bar Number: 0037061
> Direct Dial: 813-337-7992
> **AMANDA E. HEYSTEK**
> Florida Bar Number: 0285020
> Direct Dial: 813-379-2560
> **WENZEL FENTON CABASSA, P.A.**
> 1110 N. Florida Avenue, Suite 300
> Tampa, Florida 33602
> Main Number: 813-224-0431
> Facsimile: 813-229-8712
> Email: bhill@wfclaw.com
> Email: aheystek@wfclaw.com
> Email: aketelsen@wfclaw.com
> **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of December, 2021, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that I mailed a true and accurate copy of the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants.

Telos Corporation
c/o INCORP Service, Inc., Registered Agent
17888 67th Court North
Loxahatchee, Florida 33470

> */s/ Brandon J. Hill*
> **BRANDON J. HILL**