UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:21-cv-24089

CHRISTOPHER LUKSA,

    Plaintiff,

v.

TELOS CORPORATION,

    Defendant.
_____/

### ORDER GRANTING TELOS CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**THIS MATTER** is before the Court on Defendant, TELOS CORPORATION's ("Defendant") Unopposed Motion for Extension of Time to Respond to the Plaintiff, CHRISTOPHER LUKSA's ("Plaintiff") Complaint. Having reviewed the record and the relevant legal authorities, it is **ORDERED and ADJUDGED** that the Motion is **GRANTED**. Defendant shall file/serve its response to Plaintiff's Complaint [D.E. 1] on or before **February 1, 2022**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th of January, 2022.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record