**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CHRISTOPHER LUKSA,

    Plaintiff,

CASE NO.: 1:21-cv-24089-DLG

v.

TELOS CORPORATION,

    Defendant

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendant, TELOS CORPORATION ("Defendant"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby files the following Certificate of Interested Parties and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Plaintiff, Christopher Luksa.
- Brandon J. Hill, Esq., counsel for Plaintiff.
- Amanda E. Heystek, Esq., counsel for Plaintiff.
- Wenzel Fenton Cabassa, P.A., law firm representing Plaintiff.
- Defendant, Telos Corporation.
- Maritza I. Gomez, Esq., counsel for Defendant.

- Estefania Negrette, Esq., counsel for Defendant.

- Kaufman, Dolowich & Voluck, LLP, law firm representing Defendant.

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Plaintiff, Christopher Luksa.

Dated:   January 14, 2022.

        Respectfully submitted,

*/s/ Estefania Negrette*
Maritza Gomez, Esq.
Florida Bar No. 21663
Estefania Negrette, Esq.
Fla. Bar No. 1007696
KAUFMAN DOLOWICH & VOLUCK, LLP
One Financial Plaza
100 S.E. 3rd Avenue, Suite 1500
Fort Lauderdale, FL 33394
Telephone: (954) 302-2360
Fax: (888) 464-7982
*Counsel for Defendant*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send a notice of electronic filing to all counsel of record.

*/s/ Estefania Negrette*
Estefania Negrette, Esq.